United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Gina Maria Giannetti
    Debtor

Case No. 18-12075-amc
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Sep 28, 2018
                          Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2018.
db          +Gina Maria Giannetti,    4835 Pearson Avenue,    Philadelphia, PA 19114-3006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2018 at the address(es) listed below:
           CHRISTINE C. SHUBERT     christine.shubert@comcast.net, J100@ecfcbis.com
           CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net, J100@ecfcbis.com
           FRANCES M. ODZA    on behalf of Debtor Gina Maria Giannetti fmolaw@comcast.net, m.fr78547@notify.bestcase.com
           KEVIN G. MCDONALD    on behalf of Creditor     FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
           United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                            TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: : Chapter 7

Gina Maria Giannetti : Case No. 18−12075−amc
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , September 28, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

17
Form 195