United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 18-12075-amc
Gina Maria Giannetti                                                Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Randi              Page 1 of 3         Date Rcvd: Sep 28, 2018
                             Form ID: 318             Total Noticed: 59
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2018.

```
db            +Gina Maria Giannetti,    4835 Pearson Avenue,    Philadelphia, PA 19114-3006
14081012      +Amcol Systems,    PO Box 21625,    Columbia, SC 29221-1625
14081016       Aria Health Physician Services,    PO Box 8500-6335,    Philadelphia, PA 19178-6335
14081024      +CBNA,    PO BOX 6497,    Sioux Falls, SD 57117-6497
14081045      +CHOP,    PO Box 78702,    Philadelphia, PA 19178-0001
14081046      +CHOP,    PO Box78702,    Philadelphia, PA 19178-0001
14081027      +CHOP,    PO Box 5462,    Chicago, IL 60680-5462
14081026      +CHOP,    PO Box5462,    Chicago, IL 60680-5462
14081040       CHOP,    PO Box 85462,    Chicago, IL 60680
14081047      +CHOP,    PO Box 8788017,    Philadelphia, PA 19178-0001
14081048      +CHOP,    PO Box 822511,    Philadelphia, PA 19182-2511
14081018      +Capital One,    PO Box 15026,    Richmond, VA 23227-0426
14081020      +Capital One Bank,    c/o Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
14081022      +Cautilli Orthopaedic,    115 Floral Vale Boulevart,    Suite C,    Morrisville, PA 19067-5522
14081054      +Discover Bank,    c/o FMA Alliance, Ltd.,    PO Box 2409,    Houston, TX 77252-2409
14081056      +Esoterix Genetic Lab LLC,    5005 South 40th Street,    Suite 1300,    Phoenix, AZ 85040-2969
14081057      +Home Depot-Citibank,    c/o GC Services Limited Partnership,    PO Box 3855,
                Houston, TX 77253-3855
14081059      +Jefferson Headache Center,    914 Chestnut Street,    Philadelphia, PA 19107-5008
14081070      +Jefferson Health,    PO Box 785992,    Philadelphia, PA 19178-5992
14081069      +Jefferson Health,    PO Box 785992,    Suite 115,    Philadelphia, PA 19178-5992
14081060      +Jefferson Health,    833 Chestnut Street,    Suite 115,    Philadelphia, PA 19107-4401
14081078      +Jefferson Health Physicians c/o ProCo,    PO Box 2462,    Aston, PA 19014-0462
14081077      +Jefferson Health c/o CCUSA,    725 Canton Street,    Norwood, MA 02062-2679
14081080      +Jefferson Otolaryngology,    925 Chestnut Street Floor 6,    Philadelphia, PA 19107-4204
14081081      +Jefferson Univ. Physicians c/o CCUSA,    725 Canton Street,    Norwood, MA 02062-2679
14081082      +Jefferson University Physicians,    PO Box 40089,    Philadelphia, PA 19106-0089
14081090      +Lab Corp Medical,    PO Box 2240,    Burlington, NC 27216-2240
14081092      +LabCorp,    PO Box 2240,    Burlington, NC 27216-2240
14081093      +Michael S. D'Alterio,    2710 S. Smedley Street,    Philadelphia, PA 19145-4530
14081094      +Nemours Children's Health System,    PO Box 530253,    Atlanta, GA 30353-0253
14081096      +PHH Mortgage,    PO Box 5452,    Mount Laurel, NJ 08054-5452
14081098      +State Collection Service, Inc.,    PO Box 6250,    Madison, WI 53716-0250
14081104      +The Bureaus,    1717 Central Street,    Evanston, IL 60201-1507
14081110      +Thomas Jefferson University Hospital,    c/o Pro Co,    PO Box 2462,    Aston, PA 19014-0462
14081107      +Thomas Jefferson University Hospital,    c/o ProCo,    PO Box 2462,    Aston, PA 19014-0462
14081109     #+Thomas Jefferson University Hospital,    PO Box 88,    Philadelphia, PA 19105-0088
14081105      +Thomas Jefferson University Hospital,    c/o utc,    PO Box 145465,    Cincinnati, OH 45250-5465
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: megan.harper@phila.gov Sep 29 2018 03:06:10     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA   19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 29 2018 03:05:15
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA   17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 29 2018 03:06:08     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14081017      +EDI: PHINGENESIS Sep 29 2018 06:53:00      Bankcard Services-Bowflex,    PO Box 4477,
                Beaverton, OR 97076-4401
14081025      +EDI: CCS.COM Sep 29 2018 06:53:00      CCS,    725 Canton Street,    Norwood, MA 02062-2679
14081021      +EDI: CAPITALONE.COM Sep 29 2018 06:53:00      Capital One-Lord and Taylor,    PO Box 85619,
                Richmond, VA 23285-5619
14081049      +EDI: CITICORP.COM Sep 29 2018 06:53:00      Citi Cards-MACY'S,    PO Box 6286,
                Sioux Falls, SD 57117-6286
14081050      +EDI: WFNNB.COM Sep 29 2018 06:53:00      Comenity Bank,    PO Box 659617,
                San Antonio, TX 78265-9617
14081051      +EDI: WFNNB.COM Sep 29 2018 06:53:00      Comenity Bank-Loft,    PO Box 659705,
                San Antonio, TX 78265-9705
14081052      +EDI: WFNNB.COM Sep 29 2018 06:53:00      Comenity Bank/Pier 1,    4590 E. Broad Street,
                Columbus, OH 43213-1301
14081053       EDI: WFNNB.COM Sep 29 2018 06:53:00      Commenity Bank/Ann Taylor,    PO Box 182273,
                Columbus, OH 43218-2273
14081055       EDI: DISCOVER.COM Sep 29 2018 06:53:00      Discover Fin Services LLc,    PO Box 15316,
                Wilmington, DE 19850
14081058       EDI: JEFFERSONCAP.COM Sep 29 2018 06:53:00      Jefferson Capital Systems,    16 Mcleland Road,
                Saint Cloud, 56303
14081089      +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Sep 29 2018 03:07:10
                JH Portfolio Debt,    5757 Phantom Drive,    Hazelwood, MO 63042-2429
14081011      +EDI: PHINGENESIS Sep 29 2018 06:53:00      MABT-Genesis Retail,    PO Box 4499,
                Beaverton, OR 97076-4499
14081095      +E-mail/Text: bnc@nordstrom.com Sep 29 2018 03:05:08     Nordstrom/FSB,    13531 E. Caley Avenue,
                Englewood, CO 80111-6505
```

```
Case 18-12075-amc    Doc 19    Filed 09/30/18    Entered 10/01/18 01:03:09    Desc Imaged
                            Certificate of Notice    Page 2 of 5


District/off: 0313-2          User: Randi                  Page 2 of 3                  Date Rcvd: Sep 28, 2018
                              Form ID: 318                 Total Noticed: 59


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14081491        +EDI: PRA.COM Sep 29 2018 06:53:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14081099        +EDI: RMSC.COM Sep 29 2018 06:53:00     SYNCB/Amazon,    PO Box 965015,    Orlando, FL 32896-5015
14081100        +EDI: RMSC.COM Sep 29 2018 06:53:00     SYNCB/Care Credit,    950 Forrer Blvd,
                 Dayton, OH 45420-1469
14081101        +EDI: RMSC.COM Sep 29 2018 06:53:00     SYNCB/HH Gregg,    PO Box 965036,
                 Orlando, FL 32896-5036
14081102        +EDI: RMSC.COM Sep 29 2018 06:53:00     SYNCB/LOWES,    PO Box 965005,    Orlando, FL 32896-5005
14081103        +EDI: RMSC.COM Sep 29 2018 06:53:00     SYNCB/TJX Cos,    PO Box 965005,    Orlando, FL 32896-5005
                                                                                                 TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14081013*       +Amcol Systems,    PO Box 21625,    Columbia, SC 29221-1625
14081014*       +Amcol Systems,    PO Box 21625,    Columbia, SC 29221-1625
14081015*       +Amcol Systems,    PO Box 21625,    Columbia, SC 29221-1625
14081028*       +CHOP,   PO Box 5462,    Chicago, IL 60680-5462
14081029*       +CHOP,   PO Box 5462,    Chicago, IL 60680-5462
14081030*       +CHOP,   PO Box 5462,    Chicago, IL 60680-5462
14081031*       +CHOP,   PO Box 5462,    Chicago, IL 60680-5462
14081032*       +CHOP,   PO Box 5462,    Chicago, IL 60680-5462
14081033*       +CHOP,   PO Box 5462,    Chicago, IL 60680-5462
14081034*       +CHOP,   PO Box 5462,    Chicago, IL 60680-5462
14081036*       +CHOP,   PO Box 5462,    Chicago, IL 60680-5462
14081039*       +CHOP,   PO Box 5462,    Chicago, IL 60680-5462
14081041*       +CHOP,   PO Box 5462,    Chicago, IL 60680-5462
14081043*       +CHOP,   PO Box 5462,    Chicago, IL 60680-5462
14081044*       +CHOP,   PO Box 5462,    Chicago, IL 60680-5462
14081035*       +CHOP,   PO Box5462,    Chicago, IL 60680-5462
14081037*       +CHOP,   PO Box5462,    Chicago, IL 60680-5462
14081038*       +CHOP,   PO Box5462,    Chicago, IL 60680-5462
14081042*       +CHOP,   PO Box5462,    Chicago, IL 60680-5462
14081019*       +Capital One,   PO Box 15026,    Richmond, VA 23227-0426
14081023*       +Cautilli Orthopaedic,    115 Floral Vale Boulevart,    Suite C,   Morrisville, PA 19067-5522
14081061*       +Jefferson Health,    833 Chestnut Street,    Suite 115,    Philadelphia, PA 19107-4401
14081062*       +Jefferson Health,    833 Chestnut Street,    Suite 115,    Philadelphia, PA 19107-4401
14081063*       +Jefferson Health,    833 Chestnut Street,    Suite 115,    Philadelphia, PA 19107-4401
14081064*       +Jefferson Health,    833 Chestnut Street,    Suite 115,    Philadelphia, PA 19107-4401
14081065*       +Jefferson Health,    833 Chestnut Street,    Suite 115,    Philadelphia, PA 19107-4401
14081066*       +Jefferson Health,    833 Chestnut Street,    Suite 115,    Philadelphia, PA 19107-4401
14081067*       +Jefferson Health,    833 Chestnut Street,    Suite 115,    Philadelphia, PA 19107-4401
14081068*       +Jefferson Health,    833 Chestnut Street,    Suite 115,    Philadelphia, PA 19107-4401
14081071*       +Jefferson Health,    833 Chestnut Street,    Suite 115,    Philadelphia, PA 19107-4401
14081072*       +Jefferson Health,    833 Chestnut Street,    Suite 115,    Philadelphia, PA 19107-4401
14081073*       +Jefferson Health,    833 Chestnut Street,    Suite 115,    Philadelphia, PA 19107-4401
14081074*       +Jefferson Health,    833 Chestnut Street,    Suite 115,    Philadelphia, PA 19107-4401
14081075*       +Jefferson Health,    833 Chestnut Street,    Suite 115,    Philadelphia, PA 19107-4401
14081076*       +Jefferson Health,    833 Chestnut Street,    Suite 115,    Philadelphia, PA 19107-4401
14081079*       +Jefferson Health Physicians c/o ProCo,    PO Box 2462,    Aston, PA 19014-0462
14081083*       +Jefferson University Physicians,     PO Box 40089,    Philadelphia, PA 19106-0089
14081084*       +Jefferson University Physicians,     PO Box 40089,    Philadelphia, PA 19106-0089
14081085*       +Jefferson University Physicians,     PO Box 40089,    Philadelphia, PA 19106-0089
14081086*       +Jefferson University Physicians,     PO Box 40089,    Philadelphia, PA 19106-0089
14081087*       +Jefferson University Physicians,     PO Box 40089,    Philadelphia, PA 19106-0089
14081088*       +Jefferson University Physicians,     PO Box 40089,    Philadelphia, PA 19106-0089
14081091*       +Lab Corp Medical,    PO Box 2240,    Burlington, NC 27216-2240
14081097*       +PHH Mortgage,    PO Box 5452,    Mount Laurel, NJ 08054-5452
14081108*       +Thomas Jefferson University Hospital,    c/o ProCo,    PO Box 2462,    Aston, PA 19014-0462
14081106*       +Thomas Jefferson University Hospital,    c/o utc,    PO Box 145465,    Cincinnati, OH 45250-5465
14081111*       +Thomas Jefferson University Hospital,    c/o utc,    PO Box 145465,    Cincinnati, OH 45250-5465
                                                                                         TOTALS: 0, * 47, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0313-2          User: Randi              Page 3 of 3            Date Rcvd: Sep 28, 2018
                              Form ID: 318             Total Noticed: 59
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2018 at the address(es) listed below:
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              FRANCES M. ODZA    on behalf of Debtor Gina Maria Giannetti fmolaw@comcast.net,
               m.fr78547@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Gina Maria Giannetti** | Social Security number or ITIN  **xxx−xx−7097** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:  **18−12075−amc**

# Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gina Maria Giannetti

9/28/18                                                        **By the court:**   Ashely M. Chan
                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                           **Order of Discharge**                                  page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**